**JS 6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MATTHEW BROWN, JULIE BROWN AND LUISAMELIA THIEL,<br><br>　　　　Defendants. | No.. 2:11-cv-08953-DSF (ANX)<br><br>**JUDGMENT** |
|---|---|

The Court, having considered the papers filed in support of and in opposition to Plaintiff Allstate Insurance Company's motion for summary judgment, finds that no triable issue of material fact exists and Allstate is entitled to judgment in its favor on its declaratory relief complaint, on the grounds that Allstate had no duty to defend Luisamelia Thiel against the claim of Matthew and Julie Brown or in the Arbitration, and Allstate has no duty to pay the Arbitration Award. Allstate's motion for summary judgment having been granted, judgment is entered in favor of Allstate and against Defendants.

Allstate is to recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: __12/14, 2012

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE